UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL TROY WATSON, d.b.a., WRAY MEDIA COMPANY, a.k.a., POLITICALLY DAMNED TALK RADIO, | ) ) ) ) ) | CASE NO. 1:07 CV 3248 |
| Plaintiff, | ) ) | JUDGE DONALD C. NUGENT |
| v. | ) ) | ORDER ADOPTING REPORT AND RECOMMENDATION |
| BLUE CHIP BROADCASTING, LTD., d.b.a., WERE-1490 AM, *et al.*, | ) ) ) | |
| Defendants. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Patricia A. Hemann. The Report and Recommendation (ECF #14) is hereby ADOPTED. Magistrate Hemann reviewed Defendants' Motion to Dismiss the plaintiff's claims pursuant to Fed. R. Civ. P. 12(B)(6), the Plaintiff's Brief in Opposition to the Motion to Dismiss, and the Defendants' Reply. (ECF #4, 11, 13). Plaintiff has alleged claims for breach of contract, religious discrimination, violation of his right to free speech, negligence, and estoppel. Magistrate Judge Hemann found that the plaintiff's claims lacked merit and recommended that the Motion to Dismiss be granted. Plaintiff timely filed objections to the Report and

Recommendation, and the Defendants responded to those objections. (ECF # 16, 17).

The Court has reviewed *de novo* those portions of the Magistrate Judge's Report and Recommendation to which objection has been made. *See* FED. R. CIV. P. 72(b). The Court finds Magistrate Judge Hemann's Report and Recommendation to be thorough, well-written, well-supported, and correct. The Court finds that Plaintiff's objections raise no arguments (factual or legal) that have not been fully addressed by the Magistrate's Report and Recommendation.

The Magistrate's Report and Recommendation fully and correctly addresses all of the Plaintiff's claims and the Plaintiff's objections are unwarranted. This Court, therefore, adopts the Magistrate's Report in its entirety. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); FED. R. APP. P. 22(b). Defendants' Motion to Dismiss the Complaint is hereby GRANTED. IT IS SO ORDERED.

*/s/ Donald C. Nugent*
DONALD C. NUGENT
United States District Judge

DATED: *February 19, 2008*