UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL TROY WATSON, d.b.a., WRAY MEDIA COMPANY, a.k.a., POLITICALLY DAMNED TALK RADIO, | ) ) ) ) ) | CASE NO. 1:07 CV 3248 |
| Plaintiff, | ) ) | JUDGE DONALD C. NUGENT |
| v. | ) ) ) | ORDER ADOPTING REPORT AND RECOMMENDATION |
| BLUE CHIP BROADCASTING, LTD., d.b.a., WERE-1490 AM, *et al.*, | ) ) ) | |
| Defendants. | ) | |

For the reasons set forth in the Court's Order Adopting Magistrate Hemann's Report and Recommendation, Defendants Blue Chip Broadcasting, Ltd, d.b.a., WERE-1490 AM, *et al.*'s Motion to Dismiss Plaintiff's Complaint (ECF #4) is GRANTED. The case is hereby dismissed with prejudice. IT IS SO ORDERED.

DONALD C. NUGENT
United States District Judge

DATED: February 19, 2008